IN THE UNITED STATES MAGISTRATE COURT
FOR THE DISTRICT OF MONTANA
BILLINGS DIVISION

| UNITED STATES OF AMERICA, Plaintiff, vs. RACHAEL M. STEWART, Defendant. | PO 16-5048-BLG-TJC <br><br> Violation No. 6610003 <br> Location Code: M-14 <br><br> **ORDER** |
|---|---|

Upon motion of the United States, and good cause appearing,

IT IS HEREBY ORDERED that the motion to dismiss is GRANTED. (Doc. 6.) The matter is dismissed, with prejudice as fully adjudicated.

IT IS FURTHER ORDERED that the warrant issued in the above-captioned case for Rachael M. Stewart shall be QUASHED. The Clerk of Court is directed to notify the U.S. Marshals Service of this Order immediately.

DATED this 19th day of February, 2020.

_____
TIMOTHY J. CAVAN
United States Magistrate Judge